# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :        NO. 794
                                          :
    ORDER AMENDING RULE 161 OF  :        SUPREME COURT RULES
    THE PENNSYLVANIA            :
    RULES OF JUVENILE COURT     :        DOCKET
    PROCEDURE                   :
                                          :
                                          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of March, 2019, upon the recommendation of the Juvenile Court Procedural Rules Committee, the proposal having been published for public comment at 48 Pa.B. 4217 (July 21, 2018):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Pennsylvania Rule of Juvenile Court Procedure 161 is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective on July 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.